IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00231-WYD

BIFTU TULLU KEBETO,

    Plaintiff,

v.

ALBERTO R. GONZALES, Attorney General of the United States;
ROBERT MUELLER III, Director of the Federal Bureau of Investigation;
MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;
EMILIO GONZALES, Director, United States Citizenship and Immigration Services; and
MARY MISCHKE, Acting Denver District Director of United States Citizenship and
    Immigration Services,

    Defendants.

## ORDER

THIS MATTER came before the Court on a hearing on July 20, 2007, on Defendants' Motion for Remand, or in the Alternative, for a Stay or Dismissal (filed April 13, 2007).  The Court was informed at the hearing that on or about July 16, 2007, after this hearing was set, the United States Citizenship and Immigration Services requested the FBI to expedite the name check which is delaying resolution of Petitioner's naturalization application.

Based on the foregoing, a ruling on Defendants' Motion for Remand, or in the Alternative, for a Stay or Dismissal is deferred.  Instead, for the reasons stated on the record at the hearing, it is

ORDERED that Respondents shall provide to Plaintiff's counsel and the Court a copy of the request to expedite the check by **Monday, July 30, 2007**. It is

FURTHER ORDERED that Defendants shall file a status report thirty (30) days from the date that the request to expedite the name check was made, and every thirty (30) days thereafter until a resolution is made as to Plaintiff's naturalization application. It is

FURTHER ORDERED that this hearing is continued to **Wednesday, October 3, 2007, at 4:00 p.m.** If at that time the name check has not been completed by the Federal Bureau of Investigation ("FBI"), the Court will require a duly authorized representative from the FBI to appear at the hearing to explain why the name and background checks have not been completed.

Dated: July 20, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge