## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE WILEY Y. DANIEL

_____

Courtroom Deputy:   Robert R. Keech          Date:   July 20, 2007
E.C.R./Reporter:    Kara Spitler

_____

Civil Action No:  **07-cv-00231-WYD**          Counsel:

**BIFTU TULLU KEBETO**,                       Lisa M. Pray

       Plaintiff,

v.

**ALBERTO R. GONZALES, et al.**,              Elizabeth A. Weishaupl

       Defendants.

_____

### COURTROOM MINUTES
_____

**HEARING ON DEFENDANTS' MOTION FOR REMAND OR, IN THE ALTERNATIVE, FOR A STAY OR DISMISSAL**

**10:16 a.m.**   Court in Session

        APPEARANCES OF COUNSEL.

        Court's opening remarks.

        Plaintiff's Motion to Remand or in the Alternative, for a Stay of Dismissal (#7 - 4/13/07) is raised for argument.

10:19 a.m.   Argument by Defendant (Ms. Weishaupl).

10:36 a.m.   Argument by Plaintiff (Ms. Pray).

**ORDERED:**   Parties shall file a status report within **sixty (60) days.**

**ORDERED:**   This hearing is **CONTINUED** to **Wednesday, October 3, 2007, at 4:00 p.m.**

Judge Wiley Y. Daniel
07-cv-00231-WYD - Courtroom Minutes

**ORDERED:**   Plaintiff's Motion to Remand or in the Alternative, for a Stay of Dismissal (#7 - 4/13/07) is **DEFERRED.**

**10:47 a.m.**   Court in Recess - HEARING CONTINUED

**TOTAL TIME:  0:31**