IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00231-WYD

BIFTU TULLU KEBETO,

      Plaintiff,

v.

ALBERTO R. GONZALES, Attorney General of the United States;
ROBERT MUELLER III, Director of the Federal Bureau of Investigation;
MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;
EMILIO GONZALES, Director, United States Citizenship and Immigration Services; and
MARY MISCHKE, Acting Denver District Director of United States Citizenship and
      Immigration Services,

      Defendants.

---

**ORDER**

---

Pursuant to the Parties' Stipulated Motion to Dismiss and Request to Vacate Hearing filed August 9, 2007, it is

ORDERED, ADJUDGED and DECREED that the case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorneys' fees.  It is

FURTHER ORDERED that the hearing set October 3, 2007, at 4:00 p.m. is **VACATED**.

Dated:  August 14, 2007

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge